IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RAYMOND W. BELLIVEAU,         )
                              )   2:05-cv-1175-GEB-DAD
                              )   2:05-cv-186-GEB-GGH
              Plaintiff,      )
                              )
     v.                       )   ORDER
                              )
THOMSON FINANCIAL, INC.,      )
                              )
              Defendant.      )
                              )
```

It was just brought to my attention that on February 5, 2007, Plaintiff filed an Opposition to Motion for Fees, Request to Strike, and Declarations of Robert P. Biegler and Raymond Belliveau (collectively, "Opposition") in civil action 05-186 even though no motion is pending in that action. Therefore, that Opposition is stricken.

IT IS SO ORDERED.

Dated: February 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge