IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BELLIVEAU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON FINANCIAL, INC., and DOES 1-50,<br><br>　　　　　　Defendants. | 2:05-cv-1175-GEB-DAD<br><br>ORDER |

　　　　On February 8, 2007, the Court ordered stricken Plaintiff's Opposition to Motion for Fees, Request to Strike, and Declarations of Robert P. Biegler and Raymond Belliveau (collectively, "Opposition") because Plaintiff filed it in the wrong civil action. (Feb. 8, 2007, Order at 1.) On February 14, 2007, Plaintiff's counsel submitted a letter requesting "that the matter be continued so that [he could] re-file the same Opposition under the correct case number." (Feb. 14, 2007 Req. at 1.) Defendants oppose this request and argue the Court should deny Plaintiff's request for a continuance. (Defs.' Opp'n to Feb. 14, 2007 Req. at 2.)

1

1 |      Plaintiff's counsel asserts the filing "was an inadvertent
2 | clerical error" and further contends that the Opposition "was also
3 | filed under the appropriate case number . . . Thus, the Opposition,
4 | despite the clerical error, appears to have been filed in the correct
5 | and timely manner." (Id.)  Plaintiff's counsel has not filed the
6 | Opposition in the correct civil action.  But Plaintiff will be
7 | provided an opportunity to file his Opposition in the correct action.
8 | Plaintiff has until February 20, 2007 to correctly file the
9 | Opposition.  Failure to file by this deadline will be deemed a waiver
10 | of Plaintiff's right to file an Opposition.
11 |      The hearing scheduled for February 20, 2007 is continued to
12 | March 19, 2007.  Defendants will have until February 27, 2007 to file
13 | a Reply to the Opposition.
14 |      IT IS SO ORDERED.

Dated:  February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2