IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAYMOND BELLIVEAU,<br><br>               Plaintiff,<br><br>   v.<br><br>THOMSON FINANCIAL, INC.,<br><br>               Defendant. | 2:05-cv-1175-GEB-DAD<br><br>ORDER |

        On February 8, 2007, the Court ordered stricken Plaintiff's Opposition to Motion for Fees, Request to Strike, and Declarations of Robert P. Biegler and Raymond Belliveau (collectively, "Opposition") because Plaintiff filed it in the wrong civil action. (Feb. 8, 2007, Order at 1.) On February 14, 2007, Plaintiff's counsel requested "that the matter be continued so that [he could] re-file the same Opposition under the correct case number." (Pl.'s Feb. 14, 2007, Req. at 1.) Defendant opposed this request. (Def.'s Opp'n to Feb. 14, 2007 Req. at 2.) The Court ordered Plaintiff to file his Opposition by February 20, 2007. (Feb. 15, 2007, Order at 2.) Plaintiff failed to meet this deadline.

1   Plaintiff asserts he never saw the language in the Court's
2 Order requiring him to file his Opposition by February 20, 2007.
3 (Pl.'s Mar. 1, 2007, Letter.)  It appears Plaintiff's counsel just
4 read the Clerk's Office's docket entry for the Order, which obviously
5 was not required to reflect the text of the Order, and therefore
6 assumed he had no deadline within which to file his Opposition.  Since
7 Plaintiff's counsel did not read the text of the Order, nor have any
8 member of his law firm read it, Plaintiff did not comply with the
9 filing requirement in the Order, and did not file his Opposition in
10 the correct action until March 1, 2007.  (Pl.'s Opp'n at 1.)
11 Nevertheless, the hearing scheduled for March 19, 2007 is rescheduled
12 for 10:00 a.m. on April 2, 2007.  Defendant has until March 21, 2007
13 to file a Reply to Plaintiff's Opposition.
14   IT IS SO ORDERED.

Dated:  March 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge